# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| FLEM WILLIAMS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-00052 (WLS) |
| STATE OF FLORIDA, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff Flem Williams initiated the above-captioned action on April 23, 2025, by filing a Complaint (Doc. 1). To date, the docket does not reflect that Plaintiff has paid the filing fee. Plaintiff is therefore **ORDERED** to pay the filing fee or file a Motion to Proceed *in forma pauperis* in compliance with the Rules **within twenty-one (21) days** of the entry of this Order, or **by no later than Thursday, June 5, 2025**. Plaintiff is hereby noticed that failure to comply with this Order may result in dismissal of his case without prejudice.

**SO ORDERED**, this 15th day of May 2025.

    /s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**