# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| FLEM WILLIAMS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-00052 (WLS) |
| STATE OF FLORIDA, *et al.*, | : |
| Defendants. | : |

## ORDER

Previously, on July 11, 2025, the Court entered an Order (Doc. 4) denying Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 3). The Court found that Plaintiff does not meet the poverty requirements of 28 U.S.C. § 1915(a)(1). The Court warned Plaintiff that in order to proceed with his case, he must pay the full statutory filing fee within twenty-one days or risk his case being dismissed without further notice or proceedings. (*See* Doc. 4.) To date, Plaintiff has not paid the filing fee, and his deadline to do so expired on Friday, August 1, 2025.

The Court will allow Plaintiff one final opportunity to pay the full filing fee. Plaintiff must pay the fee **within twenty-one (21) days** of the entry of this Order, or **by no later than Wednesday, September 3, 2025**. Plaintiff is once again **NOTICED** that failure to timely comply with this Order will result in his case being dismissed without further notice or proceedings.

**SO ORDERED**, this 13th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**