# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| FLEM WILLIAMS, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | CASE NO.: 7:25-CV-00052 (WLS) |
|  | : |  |
| STATE OF FLORIDA, *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

## ORDER

Previously, on July 11, 2025, the Court entered an Order (Doc. 4) denying Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 3), finding that Plaintiff does not meet the poverty requirements of 28 U.S.C. § 1915(a)(1). The Court warned Plaintiff that in order to proceed with his case, he must pay the full statutory filing fee within twenty-one days or risk his case being dismissed without further notice or proceedings. (*See* Doc. 4). When Plaintiff's deadline to pay the filing fee expired, the Court entered a second Order (Doc. 5) allowing Plaintiff one final opportunity to pay the full filing fee by Wednesday, September 3, 2025. Plaintiff was again warned that failure to timely comply with the Court's Orders could result in his case being dismissed without further notice or proceedings. On September 3, 2025, Plaintiff filed a document that appears to be a declaration of name change. (*See* Doc. 6). The submission contains no explanation as to why Plaintiff has not or cannot comply with the Court's Orders, nor does it request additional time for Plaintiff to do so.

As of the entry of this Order, Plaintiff has not paid the filing fee as instructed, despite the Court's specific warnings that his failure to do so could result in his case being dismissed. (*See* Docs. 4 & 5). Because Plaintiff has failed to comply with the Court's Orders or otherwise prosecute his case, his Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006)

2

("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citations omitted).

**SO ORDERED**, this 8th day of September 2025.

>  **/s/ W. Louis Sands**
>  **W. LOUIS SANDS, SR. JUDGE**
>  **UNITED STATES DISTRICT COURT**

2