IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FLEM WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-52 (WLS) |
| | * |
| STATE OF FLORIDA et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of September, 2025.

              David W. Bunt, Clerk

              s/ Katie Logsdon, Deputy Clerk