**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

FLEM WILLIAMS,                             :
                                           :
     Plaintiff,                           :
                                           :
v.                                         :        CASE NO.:  7:25-CV-00052 (WLS)
                                           :
STATE OF FLORIDA, *et al.*,                :
                                           :
     Defendants.                          :
                                           :

## <u>ORDER</u>

On March 3, 2026, the Court granted Plaintiff's Motion to Reopen Case (Doc. 9) and vacated its previous Order and Judgment (Docs. 7 & 8) which had dismissed this case due to Plaintiff's failure to pay the statutory filing fee. (Doc. 10). In granting Plaintiff's motion and reopening the case, the Court ordered Plaintiff to serve a copy of his Complaint on all Defendants in accordance with Federal Rule of Civil Procedure 4 and file proof of service on the Record within ninety days, or by June 1, 2026. The Court warned Plaintiff, just as it had prior to dismissing his case the first time, that a failure to timely comply with the Court's orders could result in his case being dismissed without prejudice without further notice or proceedings. To date, Plaintiff has not filed proof of service on the Docket, and the deadline to do so has now expired.

Under Federal Rule of Civil Procedure Rule 4, if the defendant is not served within ninety days after a complaint is filed, the district court, after noticing the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Rule 4 also provides that "unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be made by the server's affidavit." Fed. R. Civ. P. 4(l)(1).

Accordingly, Plaintiff is **ORDERED** to file the appropriate proof of executed service, consistent with the Federal Rules, on the Docket **within seven (7) days** of the entry of this Order, or **by no later than Friday, June 12, 2026**. A proof of service form may be found on

1

2

the Court's website. Further, Plaintiff is again noticed that failure to comply with this Order may result in dismissal of the action without prejudice and without further notice or proceedings.

**SO ORDERED**, this 5th day of June 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
